**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01444-CR

### JOSE JUAN FLORES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR15-1639**

## ORDER

Before the Court is appellant's November 20, 2017 motion for additional time to file his brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief due on or before December 4, 2017.

/s/    LANA MYERS
        JUSTICE